IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-1234-T/An |
| ) | |
| COURTNEY VANSHION MARTIN, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING REQUEST TO STAY

Courtney Vanshion Martin filed a motion pursuant to 28 U.S.C. § 2255 on August 19, 2005. On September 26, 2005 the Clerk received a letter from Martin, dated August 23, 2005, in which he states that he is being transferred to the Federal Correctional Institution in Yazoo City, Mississippi. He requests that all action on his § 2255 motion be stayed until he is able to notify the Court of his new mailing address.

The request to stay this action is DENIED as unnecessary. Martin's motion is currently undergoing the preliminary review required by Rule 4 of the Rules Governing § 2255 Proceedings. No further action will be taken in this case until that review is completed; therefore, Martin should have ample time in which to notify the Court of his new address.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

3 October 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01234 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Courtney Vanshion Martin
Federal Correctional Institute
18273-076
PO Box 725-C3
Edgefield, SC 29824

Honorable James Todd
US DISTRICT COURT